UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUDGER BADETTE,<br><br>        Plaintiff,<br><br>    v.<br><br>MERRICK GARLAND, et al.,<br><br>        Defendants. | Case No. 21-cv-08824-TSH<br><br>**ORDER TO SHOW CAUSE** |

As this case has been pending for five months and there is no indication Plaintiff served Defendants in accordance with Federal Rule of Civil Procedure 4, the Court ordered Plaintiff to file a status report by April 28, 2022.  ECF No. 4.  No response has been received.  Accordingly, the Court **ORDERS** Plaintiff Ludger Badette to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by May 23, 2022.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on June 2, 2022 at 10:00 a.m. by Zoom video conference.  The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case may be dismissed without prejudice.  Thus, it is imperative the Court receive a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: May 6, 2022

THOMAS S. HIXSON
United States Magistrate Judge